Nos. 24-3188, 24-3559 & 24-4029

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MI FAMILIA VOTA, et al.,
*Plaintiffs-Appellees*,

vs.

ADRIAN FONTES, et al.,
*Defendants-Appellees*,

and

REPUBLICAN NATIONAL COMMITTEE, et al.,
*Intervenor-Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Arizona
Hon. Susan R. Bolton
Case No. 2:22-cv-00509-SRB (Consolidated)

APPELLANTS REPUBLICAN NATIONAL COMMITTEE,
WARREN PETERSEN, AND BEN TOMA'S UNOPPOSED MOTION TO EXCEED THE PAGE OR TYPE-VOLUME LIMITS

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Ave., First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Counsel for Appellants RNC, Warren Petersen, and Ben Toma*

Tyler R. Green
Gilbert C. Dickey
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for Appellant RNC*

August 26, 2024

Pursuant to Circuit Rule 32-2, Appellants Republican National Committee, President of the Arizona Senate Warren Petersen, and Speaker of the Arizona House of Representatives Ben Toma (the "Republican Appellants") respectfully request leave to exceed the type volume limitation for the Third Brief by 5,000 words, for a type volume limit of 19,000 words. The motion is supported by the attached declaration of counsel.

This appeal is multifaceted and complex. The Republican Appellants' Principal Brief, which complied with the 14,000-word limit, set forth nine issues for this Court's resolution, including consequential constitutional claims and complex questions of statutory construction.[1]

The Plaintiffs-Appellees filed a total of six Second Briefs containing an aggregate total of approximately 75,000 words. These responses also raised challenges to the Appellants' Article III standing and a cross-appeal of the district court's finding that the challenged laws were not enacted with a discriminatory purpose. The Republican Appellants' counsel have worked diligently to prepare the Third Brief, but the expansive scope of the consolidated appeals and the time constraints posed by the expedited briefing schedule have made compliance with the 14,000 word limit infeasible.

The rules additionally permit the Plaintiffs-Appellees to file reply briefs, which may collectively comprise up to 42,000 words. See Circuit Rule 28.1-1(d). Accordingly, even if the Court grants the extension, the aggregate word limits available to the Plaintiffs-Appellees will still be significantly larger than those available to all the Appellants.

---

[1] The Attorney General's appeal encompasses only one of these issues.

The Republican Appellants respectfully submit that a modest enlargement of the word limit for the Third Brief will enable a more comprehensive response to the sprawling arguments presented in the Plaintiff-Appellees' briefs without materially increasing the overall volume of briefing.

The Arizona Attorney General, the United States, and the Non-U.S. Plaintiffs/Appellees do not oppose the requested extension. The Secretary of State, the Maricopa County parties, the Navajo County parties, and the Yavapai County parties take no position. The remaining parties had not indicated a position as of the time of filing.

| | |
|---|---|
| Dated this 26th day of August, 2024 | Respectfully submitted, |
| | /s/ *Thomas Basile* |
| Tyler R. Green<br>CONSOVOY MCCARTHY PLLC<br>222 S Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>(703) 243-9423<br>tyler@consovoymccarthy.com | Kory Langhofer<br>Thomas Basile<br>STATECRAFT PLLC<br>649 North Fourth Ave., First Floor<br>Phoenix, Arizona 85003<br>(602) 382-4078<br>kory@statecraftlaw.com<br>tom@statecraftlaw.com |
| Gilbert C. Dickey<br>Conor D. Woodfin<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>gilbert@consovoymccarthy.com<br>conor@consovoymccarthy.com | *Counsel for Appellants Republican National Committee, Warren Petersen, and Ben Toma* |
| *Counsel for Appellant Republican National Committee* | |

2

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 335 words, excluding the parts that can be excluded. This Motion further complies with the typeface requirements of Rules 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface using the Microsoft Word in 14-point Garamond font.

*/s/ Thomas Basile*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the Motion on August 26, 2024, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

*/s/ Thomas Basile*